# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 12, 2020

## NO. 03-19-00827-CV

**W. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the final decree signed by the trial court on October 22, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree. Therefore, the Court affirms the trial court's final decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.